| | |
|---|---|
| James E. Cecchi<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI,**<br>  **OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br><br>*Liaison Counsel for Proposed Lead*<br>*Plaintiff the Public Pension Funds and*<br>*Proposed Liaison Counsel for the Class* | Gerald H. Silk (*pro hac vice* forthcoming)<br>Hannah Ross (*pro hac vice* forthcoming)<br>Avi Josefson (*pro hac vice* forthcoming)<br>**BERNSTEIN LITOWITZ BERGER**<br>  **& GROSSMANN LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br><br>Maya Saxena (*pro hac vice* forthcoming)<br>Joseph E. White, III (*pro hac vice* forthcoming)<br>Lester R. Hooker (*pro hac vice* forthcoming)<br>**SAXENA WHITE P.A.**<br>5200 Town Center Circle, Suite 601<br>Boca Raton, Florida 33486<br>Telephone: (561) 394-3399<br><br>*Counsel for Proposed Lead Plaintiff*<br>*the Public Pension Funds and Proposed*<br>*Co-Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEHIGH COUNTY EMPLOYEES'<br>RETIREMENT SYSTEM, on behalf of itself<br>and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>NOVO NORDISK A/S, LARS REBIEN<br>SØRENSEN, and JESPER BRANDGAARD,<br><br>                    Defendants. | No. 3:17-cv-00209-BRM-LHG<br>Hon. Brian R. Martinotti<br><br><br>**MOTION DAY: APRIL 17, 2017**<br><br>**ORAL ARGUMENT REQUESTED** |

*Caption continued on next page.*

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF THE MOTION OF**
**THE PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF,**
**APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL,**
**AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| DON ZUK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>     v.<br><br>NOVO NORDISK A/S, LARS REBIEN SØRENSEN, and JESPER BRANDGAARD,<br><br>                    Defendants. | No. 3:17-cv-00358-BRM-LHG |
| JOSEPH R. ZALESKI, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>NOVO NORDISK A/S, LARS REBIEN SØRENSEN, and JESPER BRANDGAARD,<br><br>                    Defendants. | No. 3:17-cv-00506-BRM-LHG |

I, James E. Cecchi, declare:

1. I am a member in good standing of the bars of the State of New Jersey and of this Court. I am a partner in the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella, Byrne"). I submit this declaration in support of the Motion filed by plaintiff Lehigh County Employees' Retirement System ("Lehigh ERS"), together with co-movants Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), Boston Retirement System ("BRS"), and Employees' Pension Plan of the City of Clearwater ("Clearwater EPP," and together with Lehigh ERS, Oklahoma Firefighters, and BRS, the "Public Pension Funds"), for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Saxena White P.A. ("Saxena White") as Co-Lead Counsel, and Carella Byrne as Liaison Counsel for the class; (3) consolidation of all related securities class actions; and (4) any such further relief as the court may deem just and proper.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Joint Declaration in Support of the Motion of the Public Pension Funds for Appointment as Lead Plaintiff, Approval of Their Selection of Lead and Liaison Counsel, and Consolidation of Related Actions.

3. Attached hereto as **Exhibit B** is a true and correct copy of the notice of pendency of *Lehigh County Employees' Retirement System v. Novo Nordisk A/S*, No. 3:17-cv-00209-BRM-LHG (D.N.J.), published on January 11, 2017.

4. Attached hereto as **Exhibit C** is a true and correct copy of the notice of pendency of *Zuk v. Novo Nordisk A/S*, No. 3:17-cv-00506-BRM-LHG (D.N.J.), published on January 23, 2017.

5. Attached hereto as **Exhibit D** are true and correct copies of the Certifications of Oklahoma Firefighters, BRS, and Clearwater EPP.

2

6. Attached hereto as **Exhibit E** are true and correct copies of the charts of transactions and financial interest of the Public Pension Funds.

7. Attached hereto as **Exhibit F** is a true and correct copy of Bernstein Litowitz's Firm Résumé.

8. Attached hereto as **Exhibit G** is a true and correct copy of Saxena White's Firm Résumé.

9. Attached hereto as **Exhibit H** is a true and correct copy of Carella Byrne's Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of March, 2017.

                                           */s/ James E. Cecchi*
                                            James E. Cecchi