# EXHIBIT B

```
                        Novo - BLBG First-Filed Notice
Wire: PR Newswire (PRN) Date: Jan 11 2017  17:59:21
Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit
Filed Against Novo Nordisk A/S and Certain of

 Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action
    Suit Filed Against Novo Nordisk A/S and Certain of its Senior Executives
```

PR Newswire

NEW YORK, Jan. 11, 2017

NEW YORK, Jan. 11, 2017 /PRNewswire/ -- Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") today announced that it has filed a securities class action lawsuit on behalf of Lehigh County Employees' Retirement System against Novo Nordisk A/S ("Novo Nordisk" or the "Company") (NYSE: NVO) and certain of its senior executives.  The action, which is captioned Lehigh County Employees' Retirement System v. Novo Nordisk A/S, No. 17-cv-00209 (D.N.J.), asserts claims under the Securities Exchange Act of 1934 on behalf of investors in Novo Nordisk American Depositary Receipts ("ADR") during the time period of April 30, 2015 to October 27, 2016, inclusive (the "Class Period").

The Complaint alleges that during the Class Period, Novo Nordisk reported materially false and misleading earnings and forecasts in that they were inflated through the collusive price fixing of the Company's insulin drugs. The Complaint also alleges that Novo Nordisk misrepresented and concealed the true extent of the pricing pressures it was experiencing from pharmacy benefit managers.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than 60 days from today.  Accordingly, the deadline for filing a motion for appointment as Lead Plaintiff is March 13, 2017.  Any member of the proposed Class may move the Court to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this Action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via e-mail at avi@blbglaw.com.

Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity.  Specializing in securities fraud, corporate governance, shareholders' rights, employment discrimination, and civil rights litigation, among other practice areas, BLB&G prosecutes class and private actions on behalf of institutional and individual clients worldwide.  Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering billions of dollars on behalf of defrauded investors.  More information about BLB&G can be found online at www.blbglaw.com.

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/bernstein-litowitz-berger--grossmann-llp-announces-securities-class-action-suit-filed-against-novo-nordisk-as-and-certain-of-its-senior-executives-300389860.html

SOURCE Bernstein Litowitz Berger & Grossmann LLP

Website: http://www.blbglaw.com
Contact: Avi Josefson, Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of Americas, New York, New York 10020, Telephone: (212) 554-1493

-0- Jan/11/2017 22:59 GMT

---------------------------------=================================---------------------------
                                    Page 1

```
                          Novo - BLBG First-Filed Notice
                              Copyright (c) 2017

############################ END OF STORY 1 ############################
```