# EXHIBIT C

```
                               Novo - Levi Expanded CP
```
Wire: Baystreet.ca (ABW) Date: Jan 23 2017   16:12:29
Levi & Korsinsky Files in U.S. District Court to Recover Losses Suffered by Investors in Novo Nordisk A/S (NVO)

Baystreet.ca

NEW YORK, NY / ACCESSWIRE / January 23, 2017 /

Lead Plaintiff Deadline of March 13, 2017

To: Anyone that purchased or otherwise acquired shares of Novo Nordisk A/S ("Novo Nordisk") (NYSE: NVO) between February 5, 2015 and October 27, 2016. You are hereby notified that a securities class action lawsuit was filed in the U.S. District Court for the District of New Jersey to recover losses suffered by Novo Nordisk investors.

The case, Zuk v. Novo Nordisk A/S, et al.  No. 3:17-cv-00358 was filed on January 18, 2017 and is available for review here:

IFrame

To get more information go to:

http://zlk.9nl.com/nvo

or contact Joseph E. Levi, Esq. either via email at jlevi@zlk.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. There is no cost or obligation to you.

The complaint alleges that during the Class Period, Novo Nordisk issued materially false and misleading earnings and forecasts; said reports were inflated by collusive price fixing concerning the Company's insulin drugs. The complaint further alleges that the Company misrepresented and concealed the true extent of the pricing pressures it was experiencing from pharmacy benefit managers.

Take Action: if you suffered a loss in Novo Nordisk you have until March 13, 2017 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky LLP encourages anyone with information regarding NVO's conduct to contact us, including whistleblowers, former employees, shareholders and others.

Levi & Korsinsky is a national firm with offices in New York, New Jersey, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

30 Broad Street - 24th Floor

New York, NY 10004

Tel: (212) 363-7500

```
                                    Novo - Levi Expanded CP
Toll Free: (877) 363-5972

Fax: (212) 363-7171

www.zlk.com

Original story on the BAYSTREET web site found here.

-0- Jan/23/2017 21:12 GMT

---------------------------------=====================-------------------------------
                                  Copyright (c) 2017

############################## END OF STORY 1 ##############################
```