# EXHIBIT E

**Lehigh County Employees' Retirement System**
FIFO or LIFO Loss in Novo Nordisk (NVO)
Class Period: 02/05/15 - 10/27/16
CUSIP: 670100205
Retained share price: $34.7895 (10/28/16 - 01/25/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/12/2016 | 3,720 | 45.9333 | $170,871.88 | | | | | |
| Purchase | 9/13/2016 | 4,348 | 45.7054 | $198,727.08 | | | | | |
| Purchase | 9/14/2016 | 3,495 | 46.1283 | $161,218.41 | | | | | |
| Purchase | 9/15/2016 | 5,749 | 46.0254 | $264,600.02 | | | | | |
| Purchase | 10/27/2016 | 1,510 | 41.1075 | $62,072.33 | Retained | | (18,822) | 34.7895 | ($654,807.97) |
| | | 18,822 | | $857,489.71 | | | (18,822) | | ($654,807.97) |

| | |
|---|---|
| **Loss** | **($202,681.74)** |

**Oklahoma Firefighters Pension and Retirement System**
FIFO Loss in Novo Nordisk (NVO)
Class Period: 02/05/15 - 10/27/16
CUSIP: 670100205
Retained share price: $34.7895 (10/28/16 - 01/25/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 148,802 | | | Sale | 3/2/2015 | (6,931) | 47.5210 | ($329,368.05) |
| | | | | | Sale | 3/3/2015 | (14,327) | 47.1758 | ($675,887.69) |
| | | | | | Sale | 3/4/2015 | (5,293) | 46.6617 | ($246,980.38) |
| | | | | | Sale | 11/16/2015 | (915) | 53.1720 | ($48,652.38) |
| | | | | | Sale | 1/12/2016 | (10,899) | 55.1325 | ($600,889.12) |
| | | | | | Sale* | 11/16/2016 | (75,310) | 34.3186 | ($2,584,531.61) |
| | | | | | | | (113,675) | | ($4,486,309.23) |
| Purchase | 6/16/2015 | 4,373 | 55.8772 | $244,351.00 | | | | | |
| Purchase | 6/16/2015 | 4,835 | 55.8166 | $269,873.26 | | | | | |
| Purchase | 6/17/2015 | 5,431 | 55.1525 | $299,533.23 | | | | | |
| Purchase | 6/30/2015 | 16,956 | 54.6908 | $927,337.20 | | | | | |
| Purchase | 9/4/2015 | 7,913 | 54.3078 | $429,737.62 | | | | | |
| Purchase | 9/8/2015 | 962 | 55.7545 | $53,635.83 | | | | | |
| Purchase | 7/21/2016 | 7,702 | 55.0898 | $424,301.64 | Retained | | (48,172) | 34.7895 | ($1,675,879.79) |
| | | 48,172 | | $2,648,769.78 | | | (48,172) | | ($1,675,879.79) |

**FIFO Loss    ($972,889.98)**

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*

**Oklahoma Firefighters Pension and Retirement System**
LIFO Loss in Novo Nordisk (NVO)
Class Period: 02/05/15 - 10/27/16
CUSIP: 670100205
Retained share price: $34.7895 (10/28/16 - 01/25/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 148,802 | | | Sale | 3/2/2015 | (6,931) | 47.5210 | ($329,368.05) |
| | | | | | Sale | 3/3/2015 | (14,327) | 47.1758 | ($675,887.69) |
| | | | | | Sale | 3/4/2015 | (5,293) | 46.6617 | ($246,980.38) |
| | | | | | Sale* | 11/16/2016 | (38,952) | 34.3186 | ($1,336,776.99) |
| | | | | | | | (65,503) | | ($2,589,013.11) |
| Purchase | 6/16/2015 | 4,373 | 55.8772 | $244,351.00 | | | | | |
| Purchase | 6/16/2015 | 4,835 | 55.8166 | $269,873.26 | | | | | |
| Purchase | 6/17/2015 | 5,431 | 55.1525 | $299,533.23 | | | | | |
| Purchase | 6/30/2015 | 16,956 | 54.6908 | $927,337.20 | | | | | |
| Purchase | 9/4/2015 | 7,913 | 54.3078 | $429,737.62 | Sale | 11/16/2015 | (915) | 53.1720 | ($48,652.38) |
| Purchase | 9/8/2015 | 962 | 55.7545 | $53,635.83 | Sale | 1/12/2016 | (10,899) | 55.1325 | ($600,889.12) |
| Purchase | 7/21/2016 | 7,702 | 55.0898 | $424,301.64 | Sale* | 11/16/2016 | (36,358) | 34.3186 | ($1,247,754.62) |
| | | 48,172 | | $2,648,769.78 | | | (48,172) | | ($1,897,296.12) |

**LIFO Loss   ($751,473.66)**

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.

**Boston Retirement System**
FIFO or LIFO Loss in Novo Nordisk (NVO)
Class Period: 02/05/15 - 10/27/16
CUSIP: 670100205
Retained share price: $34.7895 (10/28/16 - 01/25/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2016 | 7,430 | 52.2993 | $388,583.80 | | | | | |
| Purchase | 3/10/2016 | 8,300 | 56.0842 | $465,498.86 | | | | | |
| Purchase | 3/21/2016 | 10,680 | 54.6063 | $583,195.28 | | | | | |
| Purchase | 3/29/2016 | 7,970 | 54.0157 | $430,505.13 | Sale | 9/28/2016 | (959) | 43.5525 | ($41,766.85) |
| Purchase | 3/30/2016 | 3,680 | 54.3952 | $200,174.34 | Sale | 10/4/2016 | (37,101) | 40.5103 | ($1,502,972.64) |
| | | 38,060 | | $2,067,957.41 | | | (38,060) | | ($1,544,739.49) |

**Loss** **($523,217.92)**

**Employees' Pension Plan of the City of Clearwater**
FIFO or LIFO Loss in Novo Nordisk (NVO)
Class Period: 02/05/15 - 10/27/16
CUSIP: 670100205
Retained share price: $34.7895 (10/28/16 - 01/25/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale* | 11/2/2016 | (2,601) | 35.5500 | ($92,465.55) |
| | | | | | Sale* | 11/2/2016 | (4,877) | 35.5500 | ($173,377.35) |
| | | | | | Sale* | 11/3/2016 | (2,721) | 35.3860 | ($96,285.31) |
| | | | | | Sale* | 11/3/2016 | (1,060) | 35.3860 | ($37,509.16) |
| | | | | | Sale* | 11/4/2016 | (2,307) | 35.2133 | ($81,237.16) |
| | | | | | Sale* | 11/4/2016 | (3,283) | 35.2133 | ($115,605.37) |
| | | | | | Sale* | 11/7/2016 | (1,933) | 35.0629 | ($67,776.50) |
| | | | | | Sale* | 11/7/2016 | (1,135) | 35.0629 | ($39,796.34) |
| | | | | | Sale* | 11/7/2016 | (3,752) | 35.0629 | ($131,555.84) |
| | | | | | Sale* | 11/8/2016 | (1,058) | 34.9138 | ($36,938.75) |
| | | | | | Sale* | 11/8/2016 | (2,333) | 34.9138 | ($81,453.78) |
| | | | | | Sale* | 11/9/2016 | (3,389) | 34.8744 | ($118,189.49) |
| | | | | | Sale* | 11/9/2016 | (740) | 34.8744 | ($25,807.09) |
| | | | | | Sale* | 11/9/2016 | (6,540) | 34.8744 | ($228,078.87) |
| | | | | | Sale* | 11/10/2016 | (6,371) | 34.7730 | ($221,538.78) |
| Purchase | 7/21/2015 | 12,842 | 58.3040 | $748,739.97 | Sale* | 11/11/2016 | (3,614) | 34.6527 | ($125,234.96) |
| Purchase | 8/28/2015 | 5,960 | 55.5266 | $330,938.54 | Sale* | 11/14/2016 | (2,370) | 34.5133 | ($81,796.60) |
| Purchase | 12/22/2015 | 12,030 | 56.9382 | $684,966.55 | Sale* | 11/14/2016 | (429) | 34.5133 | ($14,806.22) |
| Purchase | 7/14/2016 | 22,214 | 55.3960 | $1,230,566.74 | Sale* | 11/15/2016 | (2,533) | 34.4277 | ($87,205.34) |
| | | 53,046 | | $2,995,211.79 | | | (53,046) | | ($1,856,658.46) |

**Loss   ($1,138,553.33)**

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.