SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
JENNIFER R. SCULLION (*pro hac vice* request pending)
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone:  973/639-9100
973/639-9393 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEHIGH COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) NOVO NORDISK A/S, et al., ) ) Defendants. ) ) | No. 3:17-cv-00209-BRM-LHG <br><br> CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1242761_1

| | |
|---|---|
| DON ZUK, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NOVO NORDISK A/S, et al., )<br>)<br>Defendants. )<br>) | No. 3:17-cv-00358-BRM-LHG<br><br><u>CLASS ACTION</u> |
| JOSEPH R. ZALESKI, JR., Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NOVO NORDISK A/S, et al., )<br>)<br>Defendants. )<br>) | No. 3:17-CV-00506-BRM-LHG<br><br><u>CLASS ACTION</u> |

1242761_1

I, Christopher A. Seeger, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New Jersey and this Court. I am a member of the law firm of Seeger Weiss LLP, proposed local counsel for proposed Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund's (the "Pension Fund") in the above-captioned actions. I make this declaration in support of the Pension Fund's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *PR Newswire*, a national business-oriented wire service, on January 11, 2017;

Exhibit B: The Pension Fund's Certification;

Exhibit C: The Pension Fund's estimated losses; and

Exhibit D: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March, 2017, at Newark, New Jersey.

                                                s/ Christopher A. Seeger
                                                CHRISTOPHER A. SEEGER

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 13, 2017.

    s/ CHRISTOPHER A. SEEGER
CHRISTOPHER A. SEEGER

SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone:  973/639-9100
973/639-9393 (fax)

E-mail:     cseeger@seegerweiss.com

1242763_1