UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEHIGH COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NOVO NORDISK A/S, LARS REBIEN SØRENSEN, and JESPER BRANDGAARD,<br><br>Defendants. | No. 3:17-cv-209-BRM-LHG<br><br>CLASS ACTION |
| DON ZUK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NOVO NORDISK A/S, LARS REBIEN SØRENSEN, and JESPER BRANDGAARD,<br><br>Defendants. | No. 3:17-cv-00358-BRM-LHG<br><br>CLASS ACTION |
| JOSEPH R. ZALESKI, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NOVO NORDISK A/S, LARS REBIEN SØRENSEN, and JESPER BRANDGAARD,<br><br>Defendants. | No. 3:17-cv-00506-BRM-LHG<br><br>CLASS ACTION |

**ORDER APPOINTING CO-LEAD PLAINTIFF, APPROVING SELECTION OF CLASS COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

**THIS MATTER** having come before the Court on motions for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") filed by Central States, Southeast and Southwest Areas Pension Fund ("Central States") (Dkt. No. 12), the Public Pension Funds (comprised of Lehigh County Employees' Retirement System ("Lehigh ERS"), Oklahoma Firefighters Pension and Retirement System, Boston Retirement System, and Employees' Pension Plan of the City of Clearwater) (Dkt. No. 8), Brian Lundstrom (Dkt. No. 6), and Longview Firemen's Relief & Retirement Fund (Dkt. No. 9), and the Court having reviewed the parties' submissions in support of, and in response to the same, and having conducted a status conference with the parties on April 24, 2017, THE COURT HEREBY ORDERS as follows:

1. The Public Pension Funds and Central States shall be appointed to serve as Co-Lead Plaintiff (each with one vote per Co-Lead Plaintiff, the Public Pension Funds being one Lead Plaintiff and Central States being one Lead Plaintiff, with respect to this litigation) for the Class pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B).

2. The Public Pension Funds' and Central States' selection of counsel is approved, and Bernstein Litowitz Berger & Grossmann LLP and Robbins Geller Rudman & Dowd LLP are appointed as Co-Lead Counsel for the Class, and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Seeger Weiss LLP ("Seeger Weiss"), and Saxena White P.A. are appointed to an Executive Committee to represent the Class. Carella Byrne and Seeger Weiss are also appointed as Co-Liaison Counsel for the Class. The Executive Committee shall work at the direction of Co-Lead Counsel and shall assist Co-Lead Counsel in prosecuting this case.

3.  This Order shall have no precedential value and shall not be cited by either counsel or the Pension Funds or Central States in any pending or subsequent proceedings arising under the PSLRA.

4.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Lehigh Cty. Emps.' Ret. Sys. v. Novo Nordisk A/S*, No. 3:17-cv-00209 (D.N.J.), *Zuk v. v. Novo Nordisk A/S*, No. 3:17-cv-00358 (D.N.J.), and *Zelski v. Novo Nordisk A/S*, No. 3:17-cv-00506 (D.N.J.), and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are consolidated for all purposes as *In re Novo Nordisk Securities Litigation*, Master File No. 3:17-cv-209-BRM-LHG.

SO ORDERED this 1 day of June, 2017

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.

NOT FOR CITATION OR PUBLICATION