UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | No. 3:17-cv-209-BRM-LHG<br><br>CLASS ACTION<br><br>STIPULATION AND CONSENT ORDER ESTABLISHING A BRIEFING SCHEDULE |

This matter having been brought before the Court on the joint application of Defendants Novo Nordisk A/S, Lars Rebien Sørensen and Jesper Brandgaard ("Defendants") by their counsel Gibbons P.C., and Co-Lead Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Central States") and Lehigh County Employees' Retirement System, Oklahoma Firefighters Pension and Retirement System, Boston Retirement System, and Employees' Pension Plan of the City of Clearwater (the "Public Pension Funds") by their counsel Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), for entry of a Stipulation and Consent Order establishing a briefing schedule in the above-captioned matter;

**WHEREAS**, on June 1, 2017 this Court appointed Central States and the Public Pension Funds to serve as Co-Lead Plaintiffs in the above-captioned matter and approved their selection of Bernstein Litowitz Berger & Grossmann LLP and Robbins Geller Rudman & Dowd LLP to serve as Co-Lead Counsel, and Carella Byrne, Seeger Weiss LLP and Saxena White P.A. to serve as an Executive Committee (the "Executive Committee");

**WHEREAS**, on June 1, 2017, the Court ordered consolidation of *Lehigh Cty. Emps.' Ret. Sys. v. Novo Nordisk A/S*, No. 3:17-cv-00209 (D.N.J.) ("*Lehigh*"), *Zuk v. Novo Nodisk A/S*, No. 3:17-cv-00358 (D.N.J.) ("*Zuk*"), and *Zaleski v. Novo Nordisk A/S*, No. 3:17-cv-00506

(D.N.J.) ("*Zaleski*") as the above-captioned matter pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

**WHEREAS**, Co-Lead Plaintiffs have informed Defendants that they intend to file a consolidated amended complaint; and

**WHEREAS**, this Court previously so-ordered stipulations and consent orders in *Lehigh*, *Zuk*, and *Zaleski* providing that Defendants have no obligation to move to dismiss, answer or otherwise respond to any complaint until 60 days after service of a consolidated amended complaint unless another schedule is entered into;

**THE COURT HEREBY ORDERS** as follows:

1. Plaintiffs' consolidated amended complaint is due by August 4, 2017;

2. Defendants' deadline to move to dismiss, answer or otherwise respond to the consolidated amended complaint is October 3, 2017;

3. Plaintiffs' opposition briefs are due by November 17, 2017; and

4. Defendants' replies are due by December 18, 2017

Dated: June 28, 2017

By: s/ Michael R. Griffinger
Michael R. Griffinger, Esq.
Brian J. McMahon, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310

James P. Rouhandeh, Esq.
Neal A. Potischman, Esq.
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen and Jesper Brandgaard*

By: s/ Christopher A. Seeger
Christopher A. Seeger
Jennifer R. Scullion
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102

By: s/ James E. Cecchi
James E. Cecchi
Michael A. Innes
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068

*Co-Liaison Counsel*

Spencer A. Burkholz
Luke O. Brooks
Ryan A. Llorens
Eric I. Niehaus
Angel P. Lau
Jeffrey J. Stein
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Samuel H. Rudman
Robert M. Rothman
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Co-Lead Counsel for the Class*

Salvatore J. Graziano
Katherine M. Sinderson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Co-Lead Counsel for the Class*

Steven B. Singer
Kyla J. Grant
**SAXENA WHITE P.A.**
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Phone: (914) 437-8551
Fax: (888) 631-3611

Brandon T. Grzandziel
**SAXENA WHITE P.A.**
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Phone: (561) 394-3399
Fax: (561) 394-3382

*Member of Plaintiffs' Executive Committee*

**SO ORDERED** this 14th day of July 2017,

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.
Lois H. Goodman