Michael R. Griffinger, Esq.
Brian J. McMahon, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.:  (973) 596-4500
Fax:  (973) 596-0545

    -and-

James P. Rouhandeh, Esq.
Neal A. Potischman, Esq.
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Novo Nordisk*
*A/S, Lars Rebien Sørensen,*
*Jesper Brandgaard, and Jakob Riis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | No. 3:17-cv-209-BRM-LHG<br><br>Document Filed Electronically<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

To:      Christopher A. Seeger
David R. Buchanan
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on January 2, 2018, Defendants Novo

Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis will move

before the Honorable Brian R. Martinotti, Judge of the United States District Court

for the District of New Jersey, Clarkson F. Fisher Building & U.S. Courthouse,

402 East State Street, Trenton, New Jersey for entry of an Order granting

Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action

Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within

motion, Defendants rely upon the accompanying memorandum of law and the

Declaration of James P. Rouhandeh.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is

being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b),

Defendants request oral argument on this motion.

Dated:  October 3, 2017

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

By: */s/ Michael R. Griffinger*
    Michael R. Griffinger

*Attorneys for Defendants Novo*
*Nordisk A/S, Lars Rebien Sørensen,*
*Jesper Brandgaard, and Jakob Riis*

## <u>LOCAL RULE 11.2 CERTIFICATION</u>

Pursuant to Local Rule 11.2, I hereby certify that, to the best of my knowledge, the matter in controversy in this case is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.  I am aware that if the foregoing is willfully false I am subject to punishment.

Dated: October 3, 2017                          */s/ Michael R. Griffinger*
                                                            Michael R. Griffinger