SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)

Co-Liaison Counsel and Executive Committee Members for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-00209-BRM-LHG |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

1546740_1

PLEASE TAKE NOTICE that on July 15, 2019, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Oklahoma Firefighters Pension and Retirement System, Boston Retirement System, and Employees' Pension Plan of the City of Clearwater (collectively, "Plaintiffs"), by their undersigned attorneys, hereby move this Court for an Order granting Plaintiffs' Motion for Class Certification.  This Motion is made pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, and is based upon this Notice, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Declaration of Christopher A. Seeger in Support of Plaintiffs' Motion for Class Certification and exhibits thereto concurrently filed and submitted herewith, all pleadings and papers filed herein, and any arguments of counsel or other matters properly before the Court.

DATED:  April 1, 2019                    SEEGER WEISS LLP
                                         CHRISTOPHER A. SEEGER
                                         DAVID R. BUCHANAN


                                             s/ CHRISTOPHER A. SEEGER
                                          CHRISTOPHER A. SEEGER

                                         55 Challenger Road, 6th Floor
                                         Ridgefield Park, NJ  07660
                                         Telephone:  973/639-9100
                                         973/639-9393 (fax)

1546740_1

SEEGER WEISS LLP
JENNIFER R. SCULLION
77 Water Street, 26th Floor
New York, NY 10005
Telephone: 212/584-0700
212/584-0799 (fax)

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)

Co-Liaison Counsel and Executive
Committee Members for the Class

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LUKE O. BROOKS
RYAN A. LLORENS
ERIC I. NIEHAUS
ANGEL P. LAU
JEFFREY J. STEIN
ERIKA OLIVER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

- 2 -

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
SALVATORE J. GRAZIANO
HANNAH ROSS
AVI JOSEFSON
KATHERINE M. SINDERSON
ADAM D. HOLLANDER
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

Co-Lead Counsel for the Class

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
BRANDON T. GRZANDZIEL
DIANNE M. ANDERSON
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: 561/394-3399
561/394-3382 (fax)

SAXENA WHITE P.A.
STEVEN B. SINGER
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: 914/437-8551
888/631-3611 (fax)

Executive Committee Member