UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | Case No. 3:17-cv-00209-BRM-LHG<br><br>**ORDER** |

**THIS MATTER** is opened to this Court by Defendants Novo Nordisk A/S, Lars Rebien Sorensen, Jesper Brandgaard, and Jakob Riis (collectively, "Defendants") to exclude expert testimony of Plaintiffs' expert. (ECF No. 146.) Also before this Court is Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Oklahoma Firefighters Pension and Retirement System, Boston Retirement System, and Employees' Pension Plan of the City of Clearwater (collectively, "Plaintiffs") Motion to Certify Class. (ECF No. 136.) Both motions are opposed. Having reviewed the submissions filed in connection with the motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 31st day of January 2020,

**ORDERED** that Defendants' Motion to Exclude Lead Plaintiffs' Export Report (ECF No. 146) is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion to Certify Class (ECF No. 136) is **GRANTED.**

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**