Michael R. Griffinger, Esq.
Brian J. McMahon, Esq.
Samuel I. Portnoy, Esq.
Calvin K. May, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500
Fax: (973) 596-0545

James P. Rouhandeh, Esq.
David B. Toscano, Esq.
Patrick W. Blakemore, Esq.
Daniel T. Finnegan, Esq.
Daniel S. Magy, Esq.
Anat Jordan Schraub, Esq.
Samantha J. Pfotenhauer, Esq.

**DAVIS, POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York, 10017

Neal A. Potischman, Esq.
Andrew Yaphe, Esq.

**DAVIS, POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California, 94025

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re Novo Nordisk Securities Litigation | Master File No. 17-cv-0209 (BRM) (LHG)<br><br>*Document electronically filed.*<br><br>**NOTICE OF REQUEST FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

    Request is hereby made by local counsel for *pro hac vice* counsel Daniel S. Magy, Esq. to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting admission for Daniel S. Magy, Esq. to appear *pro hac vice* in the within matter has been entered (*see* ECF No. 172); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for the attorney identified above.

Dated: February 19, 2020

s/ Michael R. Griffinger
Michael R. Griffinger, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
mgriffinger@gibbonslaw.com

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:  Daniel S. Magy, Esq.

Address:  DAVIS, POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York, 10017

E-mail:  daniel.magy@davispolk.com