UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | ) Master File No. 3:17-cv-00209-BRM-LHG ) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS ACTION ) ) ) ) |

**ORDER EXTENDING DISCOVERY DEADLINES**

**THIS MATTER** having been brought before the Court during the May 12, 2020 teleconference regarding discovery in the above-captioned matter and hereby submitted as a joint application of Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis ("Defendants") by their counsel Gibbons P.C., and Plaintiffs and Class Representatives Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Boston Retirement System, Oklahoma Firefighters Pension and Retirement System, and City of Clearwater Employees' Pension Plan ("Plaintiffs") by their counsel Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. and Seeger Weiss LLP, for entry of a Consent Order adjourning certain deadlines originally set forth in this Court's December 13, 2018 order (the "Pretrial Scheduling Order") (Dkt. No. 121) and May 21, 2019 order (the "Updated Scheduling Order") (Dkt. No. 143):

**IT IS** on this **20th** day of **May, 2020,**

**ORDERED** that the parties' deadline for substantial completion of the production of documents shall be adjourned from August 5, 2019 until **March 31, 2020**;

**ORDERED** that the parties' deadline to complete fact discovery shall be adjourned from March 2, 2020 until **September 25, 2020**;

**ORDERED** that the parties' deadline to serve any affirmative expert reports shall be adjourned from April 2, 2020 until **October 16, 2020**;

**ORDERED** that the parties' deadline to serve any rebuttal expert reports shall be adjourned from May 4, 2020 until **November 24, 2020**;

**ORDERED** that the parties' deadline to serve any replies to rebuttal expert reports shall be **December 23, 2020**;

**ORDERED** that the parties' deadline to complete all expert discovery shall be adjourned from June 3, 2020 until **January 15, 2021**;

**ORDERED** that the parties' deadline to file dispositive motions shall be adjourned from July 3, 2020 until **February 19, 2021**, with the oppositions due **March 19, 2021**, the replies due **April 5, 2021**, and the motions made returnable **April 12, 2021**;

**ORDERED** that a telephonic status conference will be held before the undersigned on **August 18, 2020 at 11:00 a.m.** Counsel for Plaintiffs is to initiate the call; and it is further

**ORDERED** that, unless explicitly stated herein, the present Order shall have no effect on other matters set forth in the Pretrial Scheduling Order and the Updated Scheduling Order.

DATED: May 20, 2020

_____
HON. LOIS H. GOODMAN, U.S.M.J.

Respectfully submitted,

By: s/ Michael R. Griffinger
Brian J. McMahon
Samuel L. Portnoy
Calvin K. May, Esq.
**GIBBONS P.C.**
One Gateway Center Newark
Newark, New Jersey 07102-5310


James P. Rouhandeh
David B. Toscano, Esq.
Patrick W. Blakemore, Esq.
Daniel T. Finnegan, Esq.
Daniel S. Magy, Esq.
Anat Jordan Schraub, Esq.
Samantha J. Pfotenhauer, Esq.
**DAVIS POLK
   & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

Neal A. Potischman
Andrew Yaphe, Esq.
**DAVIS, POLK
   & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California, 94025

*Attorneys for Defendants Novo Nordisk A/S,
Lars Rebien Sørensen, Jakob Riis
and Jesper Brandgaard*

By: s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

By: s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
Michael A. Innes
**CARELLA, BYRNE, CECCHI,
   OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068

*Co-Liaison Counsel*


Spencer A. Burkholz
Luke O. Brooks
Ryan A. Llorens
Eric I. Niehaus
Angel P. Lau
Jeffrey J. Stein
**ROBBINS GELLER RUDMAN
   & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Samuel H. Rudman
Robert M. Rothman
**ROBBINS GELLER RUDMAN
   & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 3 -

*Co-Lead Counsel for the Class*

Salvatore J. Graziano
Katherine M. Sinderson
Adam D. Hollander
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Co-Lead Counsel for the Class*

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
BRANDON T. GRZANDZIEL
DIANNE M. ANDERSON
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: 561/394-3399
561/394-3382 (fax)

Steven B. Singer
Kyla J. Grant
**SAXENA WHITE P.A.**
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Phone: (914) 437-8551
Fax: (888) 631-3611

Brandon T. Grzandziel
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399
Fax: (561) 394-3382

*Members of Plaintiffs' Executive Committee*