UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION<br><br>This Document Apples To:<br><br>ALL ACTIONS | Master File No. 3:17-cv-00209-BRM-LHG<br><br><u>CLASS ACTION</u> |

**ORDER GRANTING APPLICATION FOR
ISSUANCE OF INTERNATIONAL LETTER OF REQUEST**

Upon the Application for the Issuance of an International Letter of Request (the "Application") filed by Co-Lead Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Oklahoma Firefighters Pension and Retirement System, Boston Retirement System, and Employees' Pension Plan of the City of Clearwater ("Plaintiffs") requesting the issuance of an international letter of request (the "Letter of Request") pursuant to the provisions of the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"), and upon the record of the above-captioned matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Application is **GRANTED**.

This Court shall sign the Letter of Request attached to the Application as Exhibit A and affix the seal of the United States District Court for New Jersey over said signature in the Letter of Request.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiffs so that said Letter of Request may be issued to Denmark's Ministry of Justice.

Plaintiffs are directed to transmit the original, signed Letter of Request to Denmark's Ministry of Justice.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: August 3, 2020
Trenton, New Jersey

THE HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE