Michael R. Griffinger, Esq.
Brian J. McMahon, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500
Fax: (973) 596-0545

James P. Rouhandeh, Esq.
(admitted *pro hac vice*)
David B. Toscano, Esq.
(admitted *pro hac vice*)
Patrick W. Blakemore, Esq.
(admitted *pro hac vice*)

**DAVIS, POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York, 10017

Neal A. Potischman, Esq.
(admitted *pro hac vice*)

**DAVIS, POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California, 94025

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-209 (BRM) (LHG ) <br><br> <u>CLASS ACTION</u> |

### NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL

**PLEASE TAKE NOTICE** that the appearance of Samantha J. Pfotenhauer, Esq. as *pro hac vice* counsel for Defendant Novo Nordisk, Inc. in the above-captioned action is hereby withdrawn due to her departure from the law firm of Davis Polk and Wardwell LLP, and that her name should be removed from any service list, including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

The undersigned attorneys of the law firms of Gibbons P.C. and Davis Polk and Wardwell, will continue to serve as counsel for Defendants in this matter.

Dated:  August 24, 2020

s/ Michael R. Griffinger
Michael R. Griffinger, Esq.
Brian J. McMahon, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.:  (973) 596-4500
Fax:  (973) 596-0545

James P. Rouhandeh, Esq.
(admitted pro hac vice)
David B. Toscano, Esq.
(admitted pro hac vice)
Patrick W. Blakemore, Esq.
(admitted pro hac vice)
**DAVIS, POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York, 10017

Neal A. Potischman, Esq.
(admitted pro hac vice)
**DAVIS, POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California, 94025

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*