## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-209 (BRM) (LHG ) <br><br> <u>CLASS ACTION</u> <br><br> **ORDER AMENDING CERTAIN DISCOVERY DEADLINES** |

**WHEREAS,** this matter is submitted as a joint application of Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis ("Defendants") by their counsel Gibbons P.C., and Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Boston Retirement System, and City of Clearwater Employees' Pension Plan ("Plaintiffs") by their counsel Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. and Seeger Weiss LLP, for the entry of a Consent Order amending certain deadlines originally set forth in this Court's December 13, 2018 order (the "Pretrial Scheduling Order") (Dkt. No. 121), May 21, 2019 order (the "May 2019 Updated Scheduling Order") (Dkt. No. 143), and the May 20, 2020 order (the "May 2020 Updated Scheduling Order") (Dkt. No. 190);

**WHEREAS**, the parties have agreed that Defendants' deadline to serve responses and objections to Plaintiffs' second set of interrogatories and first set of requests for admission shall be October 12, 2020;

1

**WHEREAS,** the parties have agreed that the parties' deadline to meet and confer on any dispute regarding Plaintiffs' second set of interrogatories and first set of requests for admission (should such a meet and confer be necessary) shall be October 19, 2020;

**WHEREAS,** the parties have agreed that the deadline to submit to the Court a joint letter raising any dispute regarding Plaintiffs' second set of interrogatories or first set of requests for admission (should such submission be necessary) shall be October 26, 2020;

**IT IS** on this **25th** day of **September, 2020,**

**ORDERED** that the telephonic status conference previously scheduled for November 10, 2020 shall take place on **November 5, 2020, at 2:00 p.m. eastern**. Counsel for Plaintiffs to initiate the call;

**ORDERED** that the parties' deadline to serve any affirmative expert reports shall be adjourned from October 16, 2020 to **November 13, 2020**;

**ORDERED** that the parties' deadline to serve any rebuttal expert reports shall be adjourned from November 24, 2020 to **December 23, 2020;**

**ORDERED** that the parties' deadline to serve any replies to rebuttal expert reports shall be adjourned from December 23, 2020 to **January 29, 2021;**

**ORDERED** that the parties' deadline to complete all expert discovery shall be adjourned from January 15, 2020 to **February 19, 2021;**

**ORDERED** that that the parties' deadline to file dispositive motions shall be adjourned from February 19, 2021 to **March 19, 2021**, the parties' deadline to file oppositions shall be adjourned from March 19, 2021 to **April 21, 2021**, the parties' deadline to file replies shall be adjourned from April 5, 2021 to **May 7, 2021**, and the motions shall be made returnable **May 17, 2021**; and it is further

**ORDERED** that, unless explicitly stated herein, the present Order shall have no effect on other matters set forth in the Pretrial Scheduling Order, the May 2019 Updated Scheduling Order or the May 2020 Updated Scheduling Order.

_____
HON. LOIS H. GOODMAN, U.S.M.J.

Dated: September 16, 2020

By: s/ Michael R. Griffinger
Michael R. Griffinger
Brian J. McMahon
Samuel I. Portnoy
**GIBBONS P.C.**
One Gateway Center Newark
Newark, New Jersey 07102-5310

James P. Rouhandeh
Neal A. Potischman
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*


Spencer A. Burkholz
Luke O. Brooks
Ryan A. Llorens
Eric I. Niehaus
Angel P. Lau
Jeffrey J. Stein
Erika Oliver
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

By: s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


By: s/ James E. Cecchi
James E. Cecchi
Michael A. Innes
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068

*Co-Liaison Counsel*

Salvatore J. Graziano
Katherine M. Sinderson
Adam D. Hollander
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400 212/554-1444 (fax)

*Co-Lead Counsel for the Class*

Samuel H. Rudman
Robert M. Rothman
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Co-Lead Counsel for the Class*

Steven B. Singer
Kyla J. Grant
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
Fax: (888) 631-3611

Brandon T. Grzandziel
**SAXENA WHITE P.A.**
150 E. Palmetto Park Road Suite 600
Boca Raton, FL 33432
Phone: (561) 394-3399
Fax: (561) 394-3382

*Member of Plaintiffs' Executive Committee*

2852871.1 107916-94902