**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | 3:17-cv-209 (BRM) (LHG ) <br><br> CLASS ACTION <br><br> **ORDER AMENDING CERTAIN DISCOVERY DEADLINES** |

**THIS MATTER** having come before the Court on **November 5, 2020**, for an initial conference pursuant to Fed. R. Civ. P. 16; Donald Ecklund, Esq., of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Salvatore J. Graziano, Esq., Katherine Sinderson, Esq., and Adam D. Hollander, Esq., of Bernstein Litowitz Berger & Grossmann, and Jeffrey Stein, Esq., and Luke Brooks, Esq., of Robbins Geller Rudman & Dowd LLP, appearing as Counsel for Plaintiffs; Brandon Grzandziel, Esq., of Saxena White P.A. appearing as Member of Plaintiffs' Executive Committee; James P. Rouhandeh, Esq., Patrick W. Blakemore, Esq., and Daniel S. Magy, Esq., of Davis Polk & Wardwell LLP and Samuel Isaac Portnoy, Esq., and Michael Griffinger, Esq., of Gibbons, P.C., appearing on behalf of Defendants; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

**IT IS** on this **23rd day** of **November, 2020,**

**ORDERED** that Plaintiff shall respond to contention interrogatories by no later than **December 4, 2020**;

**ORDERED** that, as discussed during the telephonic conference, Defendants shall make any additional discovery productions by no later than **December 4, 2020**;

**ORDERED** that a telephonic status shall take place on **January 19, 2021, at 11:30 a.m. EST**. Counsel for Plaintiffs to initiate the call.

1

**ORDERED** that, unless explicitly stated herein, the present Order shall have no effect on other matters set forth in the prior scheduling orders.

_____
HON. LOIS H. GOODMAN, U.S.M.J.