**SeegerWeiss LLP**
NEW YORK • NEW JERSEY • PHILADELPHIA

So Ordered this 14th day of January, 2021

_____
**Lois H. Goodman, U.S.M.J.**

January 14, 2021

**By e-mail**
Hon. Lois H. Goodman
United States Magistrate Judge
District of New Jersey
402 East State Street, Court Room 7E
Trenton, New Jersey 08608

Re:   *In re Novo Nordisk Sec. Litig.*, No. 17-cv-209-BRM-LHG (D.N.J.)

Dear Judge Goodman:

We are Co-Liaison Counsel to the Lead Plaintiffs in the above matter. We write, jointly with Defendants, to request a brief extension of the existing schedule. This request arises from the fact that a witness, Jesper Høiland, has now returned from Denmark and will sit for deposition on January 29, 2021. That is the same day Plaintiffs' reply expert reports are due. To accommodate the deposition, the parties have agreed to extend the existing pre-trial deadlines as set forth in the following chart:

| Event | Current deadline | New deadline |
|---|---|---|
| Expert Reply Reports | 1/29/2021 | 2/5/2021 |
| Discovery Cutoff | 2/19/2021 | 3/5/2021 |
| Dispositive Motions Due | 3/19/2021 | 4/2/2021 |
| Oppositions to Dispositive Motions Due | 4/21/2021 | 5/5/2021 |
| Dispositive Motion Replies Due | 5/7/2021 | 5/21/2021 |
| Dispositive Motions Returnable | 5/17/2021 | 6/7/2021 |

If the above proposal meets with Your Honor's approval, we respectfully request that this letter be So Ordered. If it would assist the Court, the parties would be happy to discuss this request with Your Honor.

Respectfully submitted,

Christopher A. Seeger

cc by email: Counsel of Record