UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: 1/19/2021**
**MAGISTRATE JUDGE LOIS H. GOODMAN**
**DIGITALLY RECORDED**

**TITLE OF CASE:**  Case # 17-209(BRM)(LHG)
Lehigh County Employees Retirement System vs.
Novo Nordisk A/S, et al.

**APPEARANCES:**
Donald Ecklund, Adam Hollander, Luke Brooks, Jeffrey Stein,
Jennifer Scullion and Catherine Sinderson, Esqs for Plaintiff

Samuel Isaac Portnoy, Neil Potishman, Patrick Blamemore, Michael Griffinger, James P. Rouhandeh
Samuel Portnoy and Daniel S. Magy, Esqs for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Status Conference Held.
Discovery Dispute

**TIME COMMENCED: 11:35 a.m.**
**TIME ADJOURNED: 12:05 p.m.**
**TOTAL TIME: 30 minutes**

*Ivannya Fitzgerald*
Courtroom Deputy