

MICHAEL R. GRIFFINGER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4701 Fax: (973) 639-6294
griffinger@gibbonslaw.com

June 14, 2021

**VIA ECF**

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  **In Re Novo Nordisk Securities Litigation**
     **Case No. 3:17-cv-00209 Consolidated (BRM)(LHG)**

Dear Judge Martinotti:

Our firm, along with Davis Polk & Wardwell LLP, represents Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis ("defendants") in the above-captioned action.  We write, with plaintiffs' consent, to respectfully request:

1- the deadline for defendants' reply in further support of their motion for summary judgment—currently June 28, 2021 (*see* ECF No. 252)—be extended to July 12, 2021; and

2- a total of thirty (30) pages for defendants' reply brief.

The additional pages and time defendants seek are needed, in part, to address certain aspects of plaintiffs' recently served opposition papers that defendants believe to be improper. Plaintiffs dispute that their opposition is improper in any way, but consent to the additional pages and time.

If the foregoing meets with Your Honor's approval, we ask that this letter be so ordered. We thank the Court for its kind attention and consideration of this request.

Respectfully submitted,

s/ Michael R. Griffinger
Michael R. Griffinger

"SO ORDERED."

Date: 6/15/2021        Brian R. Martinotti, U.S.D.J.

cc:    All Counsel of Record (via ECF)