Michael R. Griffinger, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.:  (973) 596-4500
Fax:  (973) 596-0545

-and-

James P. Rouhandeh, Esq.
Neal A. Potischman, Esq.
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | No. 3:17-cv-209-ZNQ-LHG<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

**TO:**   Christopher A. Seeger
David R. Buchanan
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on July 19, 2021, defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis will move before the Honorable Zahid N. Quraishi, Judge of the United States District Court for the District of New Jersey, Clarkson F. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey for entry of an order granting defendants' motion for summary judgment dismissing plaintiffs' consolidated amended class action complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, defendants shall rely on the accompanying (i) memorandum of law, (ii) statement of undisputed material facts pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, and (iii) the declaration of James P. Rouhandeh, including the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is being submitted herewith.

- 3 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), defendants request oral argument on this motion.

Dated:  April 20, 2021

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

By: /s/ Michael R. Griffinger
        Michael R. Griffinger

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*