Michael R. Griffinger, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.: (973) 596-4500
Fax: (973) 596-0545

    -and-

James P. Rouhandeh, Esq.
Neal A. Potischman, Esq.
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | No. 3:17-cv-209-ZNQ-LHG<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

    I, Michael R. Griffinger, an attorney duly admitted to practice in this District, hereby certify that, on July 12, 2021, I caused true copies of the foregoing Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment; Defendants' Response to Plaintiffs' Statement of Additional Disputed Material Facts; and Supplemental Declaration of James P. Rouhandeh in

- 2 -

Further Support of Defendants' Motion for Summary Judgment and accompanying exhibits to be served electronically on counsel for plaintiffs via electronic transmission and filed electronically with the Clerk of the Court via the Court's CM/ECF system in accordance with the New Jersey District's Rules on Electronic Service.

Dated: July 12, 2021

By: <u>/s/ Michael R. Griffinger</u>
Michael R. Griffinger, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*