James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: JCecchi@carellabyrne.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | Case No. 3:17-cv-00209-ZNQ-LHG |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.1, Plaintiffs are represented by the undersigned counsel and law firms (Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Seeger Weiss, LLP, Robbins Geller Rudman & Dowd LLP, Bernstein Litowitz Berger & Grossmann LLP, and Saxena White P.A.) on a contingent fee and expense basis, and neither Plaintiffs nor their law firms are receiving third-party litigation funding.

Dated: July 27, 2021                        Respectfully submitted,

                                            CARELLA, BYRNE, CECCHI,
                                            OLSTEIN, BRODY & AGNELLO, P.C.

                                    By:     */s/*James E. Cecchi
                                            James E. Cecchi

**SEEGER WEISS, LLP**
Christopher A. Seeger
David R. Buchanan
Jennifer R. Scullion
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
jscullion@seegerweiss.com

*Co-Liaison Counsel and Executive Committee Members for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Luke O. Brooks
Ryan A. Llorens
Eric I Niehaus
Angel P. Lau
Jeffrey J. Stein
Erika Oliver
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
lukeb@rgrdlaw.com
ryanl@rgrdlaw.com
ericn@rgrdlaw.com
alau@rgrdlaw.com
jstein@rgrdlaw.com
eoliver@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
Robert M. Rothman
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Hannah Ross
Avi Josefson
Katherine M. Sinderson
Adam D. Hollander
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
Adam@blbglaw.com
hannah@blbglaw.com
katiem@blbglaw.com
adam.hollander@blbglaw.com

*Co-Lead Counsel for the Class*

**SAXENA WHITE P.A.**
Joseph E. White, III
Brandon T. Grzandziel
Dianne M. Anderson
7777 Glades Rd., Suite 300
Boca Raton, FL 33434
Telephone: 561-394-3399
Fax: 561-394-3382

**SAXENA WHITE P.A.**
Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: 914-437-8551
Fax: 888-631-3611

*Executive Committee Members*