# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014)<br>BRENDAN T. BYRNE (1924-2018) | JAMES T. BYERS<br>DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>MICHAEL CROSS<br>STEPHEN R. DANEK<br>MICHAEL A. INNES | 5 BECKER FARM ROAD<br>ROSELAND, N.J.  07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>AVRAM S. EULE<br>JAMES A. O'BRIEN III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>MEGAN A. NATALE<br>CHRISTOPHER J. BUGGY<br>JOHN P. PETROZZINO<br>GREGORY G. MAROTTA<br>KEVIN COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS*** |

August 4, 2021

**By ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

> Re: *In re Novo Nordisk Securities Litigation*
> **Civil Action No. 3:17-00209 (ZNQ) (LHG)**

Dear Judge Quraishi:

Together with Co-Lead Counsel Bernstein Litowitz Berger & Grossman LLP and Robbins Geller Rudman & Dowd LLP, Executive Committee Member Saxena White P.A., and Co-Liaison Counsel and Executive Committee Member Seeger Weiss LLP, we represent Lead Plaintiffs in the above-captioned matter. Under Local Civil Rule 78.1(b), Lead Plaintiffs respectfully join Defendants' request for oral argument on the pending Motion for Summary Judgment. Dkt. No. 267.

Thank you for Your Honor's attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY, & AGNELLO

August 4, 2021
Page 2

By /s/ *James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700

*Co-Liaison Counsel for the Class and
Executive Committee Member*

cc: Counsel of Record