# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014)<br>BRENDAN T. BYRNE (1924-2018) | JAMES T. BYERS<br>DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>MICHAEL CROSS<br>STEPHEN R. DANEK<br>MICHAEL A. INNES | 5 BECKER FARM ROAD<br>ROSELAND, N.J. 07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>AVRAM S. EULE<br>JAMES A. O'BRIEN III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>MEGAN A. NATALE<br>CHRISTOPHER J. BUGGY<br>JOHN P. PETROZZINO<br>GREGORY G. MAROTTA<br>KEVIN COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS*** |

September 29, 2021

**<u>Via ECF</u>**
The Honorable Zahid N. Quraishi, U.S.D.J.
The Honorable Lois M. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In re Novo Nordisk Securities Litigation*,
<u>17-cv-0209 (ZNQ) (LHG)</u>

Dear Judge Quraishi and Judge Goodman,

We write jointly with defendants to advise the Court that the parties have reached a settlement in principle to resolve this action. The parties are working to finalize and execute the settlement agreement, and aim to submit that agreement and supporting preliminary approval papers to the Court on or before October 29. To avoid any unnecessary time and expenses, the parties respectfully request a stay of all deadlines and discovery obligations while they finalize the settlement agreement and supporting motion papers.

In addition, Lead Plaintiffs hereby withdraw their opposition to defendants' motion to seal the parties' respective submissions on defendants' motion for summary judgment. ECF No. 292.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
James E. Cecchi

cc: Counsel of Record

746994v1