Roselli Griegel Lozier & Lazzaro, PC
By: Steve W. Griegel, Esq. Attorney ID: 052101995
1337 Highway 33
Hamilton, New Jersey 08690
Phone: (609) 586-2257 Fax: (609) 586-2476
Attorneys for California State Teachers Retirement System

| | |
|---|---|
| LEHIGH COUNTY EMPLOYEES RETIREMENT SYSTEM<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S et. al.<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 3:17-cv-00209<br><br>**NOTICE OF MOTION TO LIFT STAY FOR LIMITED PURPOSE OF DECIDING CROSS-MOTION FOR ATTORNEYS EYES ONLY ACCESS TO PROVISIONALLY SEALED DOCUMENTS AND TO ALLOW OPPOSITION TO JOINT MOTION TO SEAL** |

**PLEASE TAKE NOTICE** that on Friday, October 22, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, Steven Griegel, Esq., of the firm of Roselli Griegel Lozier & Lazzaro, PC, attorneys for the California State Teachers Retirement System will move before the United States District Court for the District of New Jersey to lift the stay of this action for the limited purpose of deciding CalSTRS's Cross-Motion Attorneys Eyes Only Access to Provisionally Sealed Documents, allowing CalSTRS to file an opposition to the Joint Motion to Seal [Dkt. No. 293], and to decide the Joint Motion to Seal in advance of the deadline for objections to the forthcoming proposed settlement as set forth in the brief submitted herewith.

Oral argument is hereby requested.

                                    Roselli Griegel Lozier & Lazzaro, PC
                                    Attorneys for
                                    California State Teachers Retirement System

                              By:   _____
                                    Steven W. Griegel, Esq.

Date: 9/30/21