Roselli Griegel Lozier & Lazzaro, PC
By: Steve W. Griegel, Esq. Attorney ID: 052101995
1337 Highway 33
Hamilton, New Jersey 08690
Phone: (609) 586-2257 Fax: (609) 586-2476
Attorneys for California State Teachers Retirement System

| | |
|---|---|
| LEHIGH COUNTY EMPLOYEES RETIREMENT SYSTEM<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S et. al.<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 3:17-cv-00209<br><br>**ORDER** |

**THIS MATTER** being opened to the Court by Roselli Griegel Lozier & Lazaro, PC (Steven W. Griegel, Esq.) attorney for California State Teachers Retirement System, and the defendant, Novo Nordisk A/S et. al. being represented by Michael R. Griffinger, Esq. appearing, with all timely-filed documents having been reviewed, and for good cause showing:

**IT IS** on this _____ day of _____, 2021 **ORDERED AS FOLLOWS:**



**IT IS FURTHER ORDERED** that a true copy of this Order shall be served within _____ days upon all parties in this action.

_____
**J.S.C**

____ Opposed

____ Unopposed