# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | FRANCIS C. HAND | MEGAN A. NATALE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | PHONE (973) 994-1700 | AVRAM S. EULE | CHRISTOPHER J. BUGGY |
| CHARLES M. CARELLA | MELISSA E. FLAX | FAX (973) 994-1744 | JAMES A. O'BRIEN III | JOHN P. PETROZZINO |
| JAMES E. CECCHI | DAVID G. GILFILLAN | www.carellabyrne.com | JOHN G. ESMERADO | GREGORY G. MAROTTA |
| | G. GLENNON TROUBLEFIELD | | STEVEN G. TYSON | KEVIN COOPER |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | MATTHEW J. CERES | MARYSSA P. GEIST |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | JORDAN M. STEELE** |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | OF COUNSEL | ZACHARY A. JACOBS*** |
| BRENDAN T. BYRNE (1924-2018) | ZACHARY S. BOWER+ | | | |
| | DONALD A. ECKLUND | | *CERTIFIED BY THE SUPREME COURT OF | |
| | CHRISTOPHER H. WESTRICK* | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MICHAEL CROSS | | +MEMBER FL BAR ONLY | |
| | STEPHEN R. DANEK | | **MEMBER NY BAR ONLY | |
| | MICHAEL A. INNES | | ***MEMBER IL BAR ONLY | |

October 29, 2021

**<u>Via ECF</u>**
The Honorable Zahid N. Quraishi, U.S.D.J.
The Honorable Lois M. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *In re Novo Nordisk Securities Litigation*,
      Case No. 17-cv-0209 (ZNQ) (LHG)

Dear Judge Quraishi and Judge Goodman,

  On September 29, 2021, the parties submitted a joint letter advising the Court of the settlement in principle to resolve the above-captioned action. At the time, we informed the Court that the parties were working to finalize and execute the settlement agreement, and that we were aiming to submit that agreement and supporting preliminary approval papers to the Court on or before October 29, 2021. We write now to inform the Court of a slight delay; rather than the previously submitted October 29 target date, we presently intend to submit the parties' settlement agreement and the preliminary approval papers to the Court on or before November 10, 2021.

  The parties thank the Court for its attention to this matter.

            Respectfully submitted,

            CARELLA BYRNE CECCHI
            OLSTEIN BRODY & AGNELLO, P.C.

            */s/ James E. Cecchi*
            James E. Cecchi

cc: Counsel of Record

746994v1