## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014)<br>BRENDAN T. BYRNE (1924-2018) | JAMES T. BYERS<br>DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>MICHAEL CROSS<br>STEPHEN R. DANEK<br>MICHAEL A. INNES | 5 BECKER FARM ROAD<br>ROSELAND, N.J. 07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>AVRAM S. EULE<br>JAMES A. O'BRIEN III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>MEGAN A. NATALE<br>CHRISTOPHER J. BUGGY<br>JOHN P. PETROZZINO<br>GREGORY G. MAROTTA<br>KEVIN COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS*** |

November 10, 2021

**Via ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
The Honorable Lois M. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *In re Novo Nordisk Securities Litigation*,
     17-cv-0209 (ZNQ) (LHG)

Dear Judge Quraishi and Judge Goodman,

  On September 29, 2021, the parties submitted a joint letter advising the Court of the settlement in principle to resolve the above-captioned action. On October 29, 2021, we informed the Court that we expected submitting the parties' settlement and preliminary approval papers to the Court on or before November 10, 2021. Although the parties continue to work diligently toward finalizing the papers, we are not in position to file them with the Court today. We presently expect to submit the parties' settlement agreement and the preliminary approval papers to the Court on or before November 22, 2021.

  The parties thank the Court for its attention to this matter.

            Respectfully submitted,

            CARELLA BYRNE CECCHI
            OLSTEIN BRODY & AGNELLO, P.C.

            */s/ James E. Cecchi*
            James E. Cecchi

cc: Counsel of Record