SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)

Co-Liaison Counsel and Executive Committee Members for the Class

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-00209-ZNQ-LHG |
| This Document Relates To:<br><br>ALL ACTIONS. | <u>CLASS ACTION</u> |

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF LEAD
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT

CHRISTOPHER A. SEEGER, under penalty of perjury, declares and certifies as follows:

1.  I am a member of the bar of the State of New Jersey and am admitted to practice before this Court. I am a member of the law firm of Seeger Weiss LLP, one of the counsel of record for Lead Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I make this Declaration based on my personal knowledge in support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3.  Attached are true and correct copies of the following exhibits:

Exhibit 1:  Stipulation and Agreement of Settlement, together with the following: Appendix 1 – List of persons and entities who requested exclusion pursuant to the Class Notice; Exhibit A – [Proposed] Order Preliminarily Approving Settlement and Providing for Notice; Exhibit A-1 – Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses; Exhibit A-2 – Proof of Claim and Release Form; Exhibit A-3 – Summary Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses; and Exhibit B – [Proposed] Order and Judgment Approving Class Action Settlement; and

Exhibit 2:  Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements: 2020 Review and Analysis* (Cornerstone Research 2021).

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: November 23, 2021               *s/ Christopher A. Seeger*
                                       CHRISTOPHER A. SEEGER