UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | ) Master File No. 3:17-cv-00209-BRM-LHG ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on November 23, 2021, I authorized the electronic filing of the Motion for Preliminary Approval of Class Action Settlement, Brief In Support, Declaration of Christopher A. Seeger with Exhibits 1 and 2, and Proposed Order with Exhibits 1, 2 and 3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    s/ CHRISTOPHER A. SEEGER
CHRISTOPHER A. SEEGER

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

E-mail:  cseeger@seegerweiss.com