

February 18, 2022

<u>VIA ECF</u>

The Honorable Lois M. Goodman, U.S.M.J. United States Magistrate Judge
District of New Jersey
Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ  08608

  Re: *In re Novo Nordisk Sec. Litig.*, No. 17-cv-209-BRM-LHG (D.N.J.)

Dear Magistrate Judge Goodman:

  We write on behalf of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Lehigh County Employees' Retirement System, Boston Retirement System, Oklahoma Firefighters Pension and Retirement System, and City of Clearwater Employees' Pension Plan ("Plaintiffs").  We respectfully submit this letter under Local Civil Rule 101.1(c)(5) to request that the Court grant the withdrawal of Angel P. Lau as *pro hac vice* counsel for Plaintiffs, and that Ms. Lau be removed from the Court's service list for purposes of receiving notification of electronic filings in this matter.  Ms. Lau was admitted *pro hac vice* as an attorney of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") by this Court's July 6, 2017 Order (ECF No. 56).  Robbins Geller, and the Robbins Geller attorneys other than Ms. Lau who have made appearances in this matter on behalf of Plaintiffs, remain counsel for Plaintiffs, along with this firm.

  We respectfully request that Your Honor "so order" this letter, pursuant to L. Civ. R. 101.1(c)(5).  Thank you for the Court's consideration of this withdrawal request.

         Respectfully submitted,

         <u>/s/ *Christopher A. Seeger*</u>

         CHRISTOPHER A. SEEGER

cc: All Counsel of Record (via ECF)

IT IS SO ORDERED this ___ day of February, 2022

_____
Hon. Leda Dunn Wettre, U.S.M.J.

55 Challenger Road • 6th Floor • Ridgefield Park, NJ 07660 • T: 973.639.9100 F: 973.639.9393 • seegerweiss.com