# EXHIBIT 19

Filed Under Seal Pursuant to Sealing Order, Dkt. No. 319