Michael R. Griffinger, Esq.
Samuel I. Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500
Fax: (973) 596-0545

James P. Rouhandeh, Esq.
  (admitted *pro hac vice*)
David B. Toscano, Esq.
  (admitted *pro hac vice*)
Patrick W. Blakemore, Esq.
  (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York, 10017

Neal A. Potischman, Esq.
  (admitted *pro hac vice*)
Andrew Yaphe, Esq.
  (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California, 94025

*Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-209 (ZNQ) (LHG) <br><br> <u>CLASS ACTION</u> |

**NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL**

    **PLEASE TAKE NOTICE** that the appearance of Daniel S. Magy, Esq. as *pro hac vice* counsel for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis in the above-captioned action is hereby withdrawn due to his departure from the law firm of Davis Polk & Wardwell LLP, and that his name should be removed from any service list, including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

The undersigned attorneys of the law firms of Gibbons P.C. and Davis Polk & Wardwell LLP will continue to serve as counsel for Defendants in this matter.

| | |
|---|---|
| Dated: April 11, 2022 | s/ Michael R. Griffinger |
| | Michael R. Griffinger, Esq. |
| | Samuel I. Portnoy, Esq. |
| | **GIBBONS P.C.** |
| | One Gateway Center |
| | Newark, NJ 07102-5310 |
| | Tel.: (973) 596-4500 |
| | Fax: (973) 596-0545 |
| | |
| | James P. Rouhandeh, Esq. |
| |   (admitted *pro hac vice*) |
| | David B. Toscano, Esq. |
| |   (admitted *pro hac vice*) |
| | Patrick W. Blakemore, Esq. |
| |   (admitted *pro hac vice*) |
| | **DAVIS POLK & WARDWELL LLP** |
| | 450 Lexington Avenue |
| | New York, New York, 10017 |
| | |
| | Neal A. Potischman, Esq. |
| |   (admitted *pro hac vice*) |
| | Andrew Yaphe, Esq |
| |   (admitted *pro hac vice*) |
| | **DAVIS POLK & WARDWELL LLP** |
| | 1600 El Camino Real |
| | Menlo Park, California, 94025 |
| | |
| | *Attorneys for Defendants Novo Nordisk A/S, Lars Rebien Sørensen, Jesper Brandgaard, and Jakob Riis* |

So Ordered this 19th day of April, 2022.

_____
Lois H. Goodman, U.S.M.J.