SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
JENNIFER R. SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)

Co-Liaison Counsel and Executive Committee Members for the Class

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | Master File No. 3:17-cv-00209-ZNQ-LHG |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | MOTION RETURN DATE: JUNE 28, 2022 |

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND
LITIGATION EXPENSES, AND AWARDS TO LEAD PLAINTIFFS
PURSUANT TO 15 U.S.C. §78u-4(a)(4)

PLEASE TAKE NOTICE that on June 28, 2022, at 11:00 a.m. EDT, or such other date and time as the Court may set, the undersigned counsel for Lead Plaintiffs, shall move before the Honorable Zahid N. Quraishi, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on March 8, 2022 (ECF 344), for the entry of an order awarding attorneys' fees and litigation expenses and awarding Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel will rely upon: Lead Counsel's Memorandum of Law in Support of Motion for Attorneys' Fees and Litigation Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Joint Declaration of Adam D. Hollander and Luke O. Brooks in Support of: (I) Motion for Final Approval of Settlement and Approval of Plan of Allocation; and (II) Motion for an Award of Attorneys' Fees and Litigation Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declaration of Luiggy Segura; Declarations of Lead Plaintiffs; Declarations of Plaintiffs' Counsel; Stipulation and Agreement of Settlement; and all other proceedings herein.

A proposed order will be submitted with Lead Counsel's reply submission on or before June 20, 2022.

- 1 -

Lead Counsel seek oral argument on this motion.

DATED:  May 23, 2022                  Respectfully submitted,

                                                  SEEGER WEISS LLP
                                                  CHRISTOPHER A. SEEGER
                                                  DAVID R. BUCHANAN
                                                  JENNIFER R. SCULLION


                                                  _____*/s/ Christopher A. Seeger*_____
                                                  CHRISTOPHER A. SEEGER

                                                  55 Challenger Road, 6th Floor
                                                  Ridgefield Park, NJ  07660
                                                  Telephone:  973/639-9100
                                                  973/639-9393 (fax)

                                                  CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                    BRODY & AGNELLO, P.C.
                                                  JAMES E. CECCHI
                                                  5 Becker Farm Road
                                                  Roseland, NJ  07068
                                                  Telephone:  973/994-1700
                                                  973/994-1744 (fax)

                                                  Co-Liaison Counsel and Executive
                                                  Committee Members for the Class

                                                  ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                  SPENCER A. BURKHOLZ
                                                  ELLEN GUSIKOFF STEWART
                                                  LUKE O. BROOKS
                                                  RYAN A. LLORENS
                                                  ERIC I. NIEHAUS
                                                  ANGEL P. LAU
                                                  JEFFREY J. STEIN
                                                  ERIKA OLIVER
                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101-8498
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)

4860-8095-7984.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
SALVATORE J. GRAZIANO
HANNAH ROSS
AVI JOSEFSON
KATHERINE M. SINDERSON
ADAM D. HOLLANDER
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Co-Lead Counsel for the Class

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
BRANDON T. GRZANDZIEL
DIANNE M. ANDERSON
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone:  561/394-3399
561/394-3382 (fax)

SAXENA WHITE P.A.
STEVEN B. SINGER
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: 914/437-8551
888/631-3611 (fax)

Executive Committee Member

4860-8095-7984.v1