# EXHIBIT 10

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)

Co-Liaison Counsel and Executive Committee Members for the Class

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NOVO NORDISK SECURITIES LITIGATION | ) Master File No. 3:17-cv-00209-ZNQ-LHG ) ) <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) |

DECLARATION OF JAMES E. CECCHI, ESQ., FILED ON BEHALF OF CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C., IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, James E. Cecchi, declare as follows:

1. I am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Firm"). I submit this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses").

2. This Firm is Co-Liaison counsel of record for Lead Plaintiffs. As such, we were involved in all aspects of this litigation from inception to the present.

3. The information in this declaration about the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and maintained by the Firm in the ordinary course of business. I am the partner who oversaw or conducted the day-to-day activities in the litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries and the necessity for and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4. After the reductions referred to above, the number of hours spent on the litigation by my Firm is 539.80. A breakdown of the lodestar is provided in Exhibit A. The lodestar amount for attorney/paralegal time based on the Firm's current rates is $449,062.50. The hourly rates shown in Exhibit A reflect the Firm's hourly rates in other securities class action litigation. The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense sides. Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals.) may have different rates based on various factors, including years of practice, years at the Firm, years in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at this Firm or other firms. For personnel the Firm no longer employs, the "current rate" used for the lodestar calculation is based on the rate for that person in their final year of employment with the Firm.

5. My Firm seeks an award of $2,154.36 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit B.

6. The expenses incurred here are reflected in the records of my Firm, which are regularly prepared and maintained in the ordinary course of

business. These records are prepared from receipts, expense vouchers, check records, and other documents and accurately record the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2022, at Roseland, New Jersey.

s/James E. Cecchi
JAMES E. CECCHI, ESQ.

# Exhibit A

| EXHIBIT A | | | | |
|---|---|---|---|---|
| In re Novo Nordisk Securities Litigation, No. 3:17-cv-00209-ZNQ-LHG | | | | |
| Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. | | | | |
| Inception through May 2022 | | | | |
| NAME | | HOURS | RATE | LODESTAR |
| Agnello, John | (P) | 14.20 | $975.00 | $13,845.00 |
| Cecchi, James | (P) | 273.60 | $975.00 | $266,760.00 |
| Taylor, Lindsey | (P) | 2.70 | $675.00 | $1,822.50 |
| Ecklund, Donald | (P) | 198.40 | $725.00 | $143,840.00 |
| Bartlett, Caroline | (P) | 8.10 | $725.00 | $5,872.50 |
| Cross, Michael | (P) | 1.60 | $700.00 | $1,120.00 |
| Innes, Michael | (P) | 7.00 | $700.00 | $4,900.00 |
| Buggy Christopher | (A) | 2.30 | $400.00 | $920.00 |
| Cooper Kevin | (A) | 10.90 | $675.00 | $7,357.50 |
| Paralegals | | | | |
| Viera, Clara | | 3.90 | $125.00 | $487.50 |
| Tempesta, Laura | | 9.50 | $125.00 | $1,187.50 |
| Pierson, Tyler | | 2.30 | $125.00 | $287.50 |
| MacDonald, Allison | | 3.50 | $125.00 | $437.50 |
| Miller, Zach | | 0.30 | $125.00 | $37.50 |
| Lo Presti, Angelo | | 1.50 | $125.00 | $187.50 |
| **TOTAL** | | **539.80** | | **$449,062.50** |
| (P) Partner | | | | |
| (A) Associate | | | | |

1

# Exhibit B

| EXHIBIT B ||
|---|---|
| In re Novo Nordisk Securities Litigation, No. 3:17-cv-00209-ZNQ-LHG ||
| Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ||
| Inception through May 2022 ||
| **CATEGORY** | **AMOUNT** |
| Filing, Witness and Other Fees | $1,229.98 |
| Class Action Notices/Business Wire | |
| Transportation, Hotels & Meals | $893.88 |
| Telephone, Facsimile | |
| Postage | |
| Messenger, Overnight Delivery | |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | |
| Experts/Consultants/Investigators | |
| Name | |
| Photocopies | |
| Outside: | |
| In-House: (____ copies at $0.__ per page) | |
| Online Legal and Financial Research | $30.50 |
| Litigation Expense Fund Contribution | |
| Mediation Fees (Name) | |
| Miscellaneous | |
| *TOTAL* | $2,154.36 |

1