# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I _____Neville S. Hedley_____ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**Public Access to Court Electronic Records.**) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: **ned.hedley@hlli.org**

My case number is: 3:17-cv-209-ZNQ-LHG

_N S Hedley_
Signature of Litigant

1378 Bellemeade Lane
Mailing Address

Charlotte, NC 28270
City, State, Zip Code

312-342-6008
Telephone Number

Date: May 31, 2022

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK. SECURITIES LITIGATION | Case No: 3:17-cv-209-ZNQ-LHG |

**RECEIVED**

JUN - 1 2022

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please take notice that I, Neville S. Hedley, a class member and objector in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below. I am a licensed attorney in Illinois, and several federal district and appellate courts, in good standing in all jurisdictions, and ask the Court for an order permitting me to file on the Court's ECF system for the convenience of the Court and the parties. I am including an executed copy of the Consent & Registration Form to Receive Documents Electronically form with this Notice of Appearance.

Dated: Charlotte, North Carolina
May 31. 2022

Neville S. Hedley
1378 Bellemeade Lane
Charlotte, NC 28270
Phone: 312-342-6008
Email: ned.hedley@hlli.org

Illinois Bar Number 6237279

*In pro per*

## Certificate of Service

The undersigned certifies he caused to be served via U.S. Mail Priority Mail shipment a copy of this Notice of Appearance upon the following.

**Clerk's Office**

Clerk of the Court
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Defendants' Counsel**

James R. Rouhandeh, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Michael R. Griffinger, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

**Lead Class Counsel**

Katherine M. Sinderson, Esq.
Bernstein Litowitz Berger & Grossman LLP
1251 Avenue of the Americas
New York, NY 10020

Luke O. Brooks, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498

Dated: May 31, 2022.

*Neville S. Hedley*
Neville S. Hedley

PRESS FIRMLY TO SEAL

FSC

PAPER POUCH

recycle.info

1007

08608

MAY 31 AMOUNT $2 R2305K1

# PRIORITY MAIL EXPRESS®

STRAYED

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 316 686 925 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE 312) 342-6008

Hedley
1378 Bellemeade Lane
Charlotte NC 28270

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of the Court
U.S. District Court, D.N.J.
U.S. Courthouse
402 E. State Street Room 2020
Trenton, NJ

ZIP + 4® (U.S. ADDRESSES ONLY) 08608-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acc

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military

| | | | |
|---|---|---|---|
| PO ZIP Code: 28105 | Scheduled Delivery Date (MM/DD/YY): 6-1-22 | Postage: $ 26.95 | |
| Date Accepted (MM/DD/YY): 5-31-22 | Scheduled Delivery Time: ☐ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 4:52 ☐ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transport: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 26.95 | |
| Weight: ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials: BC | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE



# UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®



RATE ENVELOPE

ANY WEIGHT

e Package Pickup,
e QR code.



)M/PICKUP

AT USPS.COM®
E SUPPLIES ONLINE



1000006      EP13F May 2020

GUARANTEED* · TRACKED · INSURED