UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE NOVO NORDISK.
SECURITIES LITIGATION

Case No: 3:17-cv-209-ZNQ-LHG

RECEIVED
JUN - 1 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice that I, Neville S. Hedley, a class member and objector in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below. I am a licensed attorney in Illinois, and several federal district and appellate courts, in good standing in all jurisdictions, and ask the Court for an order permitting me to file on the Court's ECF system for the convenience of the Court and the parties. I am including an executed copy of the Consent & Registration Form to Receive Documents Electronically form with this Notice of Appearance.

Dated: Charlotte, North Carolina
May 31. 2022

Neville S. Hedley
1378 Bellemeade Lane
Charlotte, NC 28270
Phone: 312-342-6008
Email: ned.hedley@hlli.org

Illinois Bar Number 6237279

*In pro per*

**The Court hereby DENIES counsel's request (ECF No. 352) for ECF filing privileges. Submissions may be made via the Clerk's Office.**

**So Ordered this 8th day of June 2022.**

 s/ Zahid N. Quraishi
**ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE**