# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: 7/13/2022**
**JUDGE ZAHID N. QURAISHI**
**COURT REPORTER: MEGAN MCCAY-SOULE**

**TITLE OF CASE:**
LEHIGH COUNTY EMPLOYEES' RETIREMENT    **CV17-209(ZNQ)**
SYSTEM, et al.

vs.

NOVO NORDISK A/S, et al.

**APPEARANCES:**
James Cecchi, Esq., Adam Hollander, Esq., Kevin Cooper, Esq., Ryan Llorens, Esq., Don Ecklund, Esq., Luke Brooks, Esq., David Dunkin, Esq., Ellen Gusikoff, Esq., Catherine Sinderson, Esq. and Kyla Grant, Esq., for Plaintiffs.
Michael Griffinger, Esq., Neil Potischman, Esq. and Patrick Blakemore, Esq., for Defendants.
Neville Hedley, Pro Se Objector.

**NATURE OF PROCEEDINGS:**
Fairness Hearing re: [350] Motion for Settlement and Approval of Plan of Allocation by All Plaintiffs & [351] Motion for Attorney Fees.
Ordered Motions granted.
Orders to be filed.

**TIME COMMENCED:** 11:07 a.m.
**TIME ADJOURNED:** 11:57 a.m.
**TOTAL TIME:** 50 minutes

                                                    s/Kim Stillman
                                                    **DEPUTY CLERK**