**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK SECURITIES LITIGATION | No. 3:17-cv-00209-ZNQ-LHG |

**ORDER APPROVING PLAN OF ALLOCATION**

This matter having come before the Court on July 13, 2022, on Lead Plaintiffs' motion for approval of the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") in the above-captioned action (the "Action"), and the Court having considered all papers filed and proceedings had herein, having found the Settlement of this Action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated November 23, 2021 (the "Stipulation") (ECF 311-3), and all capitalized terms used in this Order, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction over the subject matter of this Order, Lead Plaintiffs' motion for approval of the Plan of Allocation, and all matters relating thereto, including all Class Members.

3. Notice of Lead Plaintiffs' motion for approval of the Plan of Allocation was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the Plan of Allocation met the requirements of Rule

23 of the Federal Rules of Civil Procedure and 15 U.S.C. §78u-4(a)(7), the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, the United States Constitution (including the Due Process clause), and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due, adequate, and sufficient notice to all persons and entities entitled thereto.

4. Over 378,000 copies of the Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"), which included the Plan of Allocation, were mailed to potential Class Members and nominees, and there were no objections to the Plan of Allocation.

5. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants under the Plan of Allocation, which is set forth in the Settlement Notice sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity.

6. This Court finds and concludes that the Plan of Allocation, as set forth in the Settlement Notice, is, in all respects, fair and reasonable, and the Court approves the Plan of Allocation.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

SO ORDERED on this 13th day of July, 2022.

The Honorable Zahid N. Quraishi
United States District Judge